**Kenard E. JOHNSON, Plaintiff—
Appellant,**

v.

**L. WILEY, Detective, ID No. 447;
Sergeant Wyne, ID No. 740,
Defendants—Appellees.**

No. 05–7840.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 27, 2006.

Decided: May 4, 2006.

Kenard E. Johnson, Appellant Pro Se. Patricia Prestigiacomo Via, Assistant County Attorney, Rockville, Maryland, for Appellees.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenard E. Johnson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Johnson v. Wiley*, No. CA–05–1865–RWT (D.Md. Nov. 14, 2005). We deny Johnson's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*